Probation Form No. 35 (1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
Western District of North Carolina

UNITED STATES OF AMERICA

      vs.            Crim. No. 0419  3:10CR00233-2

Brian Hamelink

     On 11/15/2011, the above named was placed on Probation for a period of two years.  He has complied with the rules and regulations of Probation and is no longer in need of supervision.  It is accordingly recommended that Brian Hamelink be discharged from supervision.

              Respectfully submitted,

              by  s/ Chelsey Padilla
                   Chelsey Padilla
                   U. S. Probation Office
                   200 S. College St
                   Suite 1650
                   Charlotte , NC  28202
                   704-350-7652

Approved By:

s/ Lisa G. Morris
Lisa G. Morris
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

              Date: March 7, 2013

              Robert J. Conrad, Jr.
              Chief United States District Judge